No. 03–10116. IN RE HOOKER;

No. 03–10118. IN RE HESS;

No. 03–10142. IN RE LYON;

No. 03–10153. IN RE WEST;

No. 03–10196. IN RE HOLLOWAY; and

No. 03–10229.  IN RE CAYTON.  Petitions for writs of habeas corpus denied.